## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOHN SIGLEY,**
**Plaintiff**

**CIVIL ACTION NO. 1:23-cv-00058**

**v.**

**FIT FOR WORK, LLC,** *et al.*
**Defendants**

### AGREED ORDER OF DISMISSAL

This matter having come before the Court on the Joint Stipulation for Entry of an Agreed Order Dismissal, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that all of the claims of the Plaintiff, John Sigley, against the Defendants, against the Defendants, Fit For Work, LLC, and Michael Hambel, be, and hereby are **DISMISSED WITH PREJUDICE**, with this matter to be stricken from the active docket of the Court, and with each party to bear their own costs.  This is a final and appealable order.

So ordered this the 10th day of  September, 2024.

_____ *Tom 8 Kleh* _____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA

2

Have Reviewed and Agreed:

s/Hoyt Glazer
Hoyt Glazer, Esq. (WV Bar #6479)
Glazer Saad Anderson L.C.
320 Ninth Street, Suite B
Huntington, WV 25701
hoyt@gsalaw-wv.com
*Counsel for Plaintiff*

/s/ Benjamin M. Fiechter
Craig C. Dilger, Esq.
Benjamin M. Fiechter (Ky. Bar # 92544)
Stoll Keenon Ogden, PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202

/s/ Stephen Gandee
Stephen Gandee (WV Bar # 5204)
Robinson & McElwee, PLLC
140 West Main Street, Suite 300
Clarksburg, West Virginia 26301
sfg@ramlaw.com
*Counsel for Defendants, Fit For Work, LLC, and Michael Hambel*

*4888-2753-3438.1*